FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Robbie Lynn Gordon**　　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Robbie Lynn Gordon** | S.S.# **xxx-xx-8073** |
| | (W) | S.S.# |
| ADDRESS: | **1615 Lone Oak Road** | |
| | **Paris, TN 38242** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **495.00**　(weekly, every two weeks, semi-monthly, monthly) | |
| PAYROLL DEDUCTION: | OR ( **X** ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: **August 22, 2015** | |
| PLACE OF EMPLOYMENT: | | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MONTHLY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan　( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to _____ | $ **-NONE-** |
| | Child support arrearage amount _____ | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE:　　　If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Bayview Loan Servicing, LLC**　Ongoing pmt. Begin **September 1, 2015**　　　　　　　$ **320.00**
　　　　　　　　　　　　Approx. arrearage **4,000.00**　　Interest **0.00** %　　　　　　$ **67.00**

SECURED CREDITORS;　　　　VALUE　　　　　　RATE OF　　　　　MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})　COLLATERAL　　　　INTEREST　　　　PLAN PMT.
**-NONE-**　　　　　　　　　　$ _____　　　　_____ %　　　　$ _____

UNSECURED CREDITORS:　Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage paid to unsecured creditors to be determined by the Chapter 13 Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$11,299.00**

TERMINATION:　　　Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

DEBTOR'S ATTORNEY:　　**KENNETH L. WALKER 6459**
　　　　　　　　　　　　**WALKER LAW OFFICE**
　　　　　　　　　　　　**P.O. BOX 530**
　　　　　　　　　　　　**80 SOUTH MAIN STREET, SUITE A**
　　　　　　　　　　　　**LEXINGTON, TN 38351**
　　　　　　　　　　　　**731-968-3356 Fax:731-968-3350**